# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RANDELL STARLIN MEDINA RODRIGUEZ, | ) | Case No. |
| WILLIAMS COLON SANCHEZ, | ) | 22-5092-JGD |
| DOUGLAS MORRIS, CORTNEY MOULTON, | ) | |
| ROBERT RODRIGUEZ, JR | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 2021 to present  in the county of  Essex  in the
 District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 & 841(b)(1)(A)(vi) | Conspiracy to distribute and to possess with intent to distribute 400 grams or more of fentanyl |

This criminal complaint is based on these facts:

See attached affidavit of DEA Task Force Officer Douglas Ruth

☑ Continued on the attached sheet.

*Douglas Ruth*
Complainant's signature

Douglas Ruth, DEA TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/22/2022

*Judith Gail Dein*
Judge's signature

City and state: Boston, Massachusetts

Hon. Judith G. Dein, U.S. Magistrate Judge
Printed name and title